IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mark Lott, | ) |
|           Plaintiff, | ) Civil Action No. 2:14-1761-RMG |
| vs. | ) |
| Allyson Sipes, Cynthia Helff, and Galen Sanders, | ) |
|           Defendants. | ) **ORDER** |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that Defendants' motion for summary judgment be granted. (Dkt. No. 57). Defendant was advised of his right to file objections within 14 days of service of the R & R and that a failure to file written objections could result in limited review by the District Court and waiver of the right to appeal the judgment of the District Court. (*Id.* at 8). No timely objections were filed regarding the R & R of the Magistrate Judge.

The Court has reviewed the R & R of the Magistrate Judge, the briefs of the parties, the record evidence and the relevant legal authorities. The Court finds that the Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that the Defendants are entitled to summary judgment as a matter of law. Therefore, the Court **ADOPTS** the R & R (Dkt. No. 57) as the order of the Court, **GRANTS** Defendants' motion for summary judgment (Dkt. No. 47) and **DISMISSES** this action with prejudice.

-2-

AND IT IS SO ORDERED.

 Richard Mark Gergel
United States District Judge

July 9, 2015
Charleston, South Carolina